**Electronically Filed
Supreme Court
SCPW-12-0000482
09-AUG-2012
01:28 PM**

NO. SCPW-12-0000482

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

WILLIAM S. ELLIS JR., Petitioner,

vs.

CIRCUIT COURT OF THE SECOND CIRCUIT, STATE OF HAWAI'I,
Respondent.

ORIGINAL PROCEEDING
(CIVIL NO. 05-1-0232(2))

ORDER DENYING MOTION TO AMEND ORDER GRANTING
PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ. and
Circuit Judge Crandall, in place of Duffy, J., recused)

Upon consideration of William Ellis, Jr.'s July 31, 2012 "Motion to Amend Order Granting Petition for Writ of Mandamus to Extend Hearing Date on Motions for Entry of Judgment", the papers in support and the record,

IT IS HEREBY ORDERED that the July 31, 2012 motion to amend the order granting petition for a writ of mandamus is denied.

DATED: Honolulu, Hawai'i, August 9, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Virginia L. Crandall

